UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ALFONSO SANCHEZ ALFARO,<br><br>    Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director MICHAEL KROL, HSI New England Special Agent in Charge, and TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>    Respondents. | Case No. _____<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

## INTRODUCTION

1. This is a Habeas Corpus action in which Petitioner Jose Alfonso Sanchez Alfaro (hereinafter referred to as "Mr. Sanchez Alfaro" or "Petitioner"), a national of El Salvador currently in US Immigration and Customs Enforcement (ICE) custody in Plymouth, Massachusetts, is asking this Court to review the legality of his federal custody and detention.

2. The Respondent is a national of El Salvador with a Motion to Reopen pending at the Board of Immigration Appeals and who was previously on an Order of Supervision, which was given on December 20, 2013. No allegation has been made that the Respondent has failed to meet any of his obligations under the Order of Supervision.

3. On information and belief, he was unlawfully detained by federal immigration agents on April 25, 2025, at the Burlington, MA Department of Homeland Security Office.

2. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

3. Petitioner asks this Court to find that he was unlawfully detained and order his release.

## JURISDICTION

4. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus), 28 U.S.C. § 1331 (federal question), and Title 5, United States Code, Section 551 et seq., Administrative Procedures Act.

5. Venue is proper because Petitioner resides and was detained in Burlington, MA, and on information and belief is currently detained in the District of Massachusetts.

## PARTIES AND FACTS ALLEGED

6. The Petitioner Mr. Sanchez Alfaro is a national of El Salvador. He resides in Boston, Massachusetts with his wife and three United States citizen children.

7. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

8. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

9. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

10. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

11. All respondents are named in their official capacities.

12. Petitioner is a national of El Salvador with a Motion to Reopen pending at the Board of Immigration Appeals. On information and belief, he was detained without cause by U.S. Immigration and Customs Enforcement agents on April 25, 2025, at approximately 11:00

AM, in Burlington, Massachusetts.

13. At time of detention, the officers effectuating the detainment did not allege that the Petitioner had failed to meet any part of the conditions of his Order of Supervision.

14. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is his immediate custodian.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

1. On information and belief, Petitioner is currently being arrested and detained by federal agents without cause and violating his constitutional rights to due process of law.

2. Respondent followed all the requirements of his release notification and Order of Supervision, yet he was taken into custody and detention on April 25, 2025, despite reporting to ICE in accordance with the release requirements and having been held by ICE in the past with no deportation following.

## **PRAYER FOR RELIEF**

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Order that Petitioner shall not be transferred outside the District of Massachusetts;

(3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days.

(4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.

(5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.

(6) Grant any further relief this Court deems just and proper.

Respectfully Submitted,
Jose Alfonso Sanchez Alfaro
By His Attorneys

_____
Elizabeth Shaw, Esq. | BBO #: 713541
Rachel L Rado, Esq/ | BBO #: 682095
Law Offices of Rachel L. Rado, LLC
175 Portland Street, 2nd Floor.
Boston, MA 02114
(t) 617-871-6030 | (f) 877-246-8795
(e) eshaw@rachelradolaw.com
(e) rachel@rachelradolaw.com

Date: 4/25/2025