UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ALFONSO SANCHEZ ALFARO,<br><br>Petitioner,<br><br>v.<br><br>RALPH MATTIVELO, et al.<br><br>Respondents. | Civil Action No. 1: 25-cv-11124-ADB |

## STATUS REPORT

Respondents provide the following Status Report as directed by this Court's Order. Doc. No. 23. On August 16, 2025, ICE transferred Petitioner from Plymouth County Correctional Facility in Plymouth MA, to Pine Prairie ICE Processing Center in Pine Prairie, Louisiana. ICE effectuated Petitioner's removal to El Salvador on August 22, 2025 and Petitioner is no longer in ICE custody.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: September 2, 2025        By:   /s/ Mark Sauter
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3347
Email: mark.sauter@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 2, 2025        By:    */s/ Mark Sauter*
                                                      Mark Sauter
                                                    Assistant United States Attorney